**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETFORD MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, <br><br> Defendants. | Case No. <br><br> Judge: <br><br> **08 C 486** <br><br> **JUDGE MORAN** <br> **MAGISTRATE JUDGE VALDEZ** |

**COMPLAINT FOR DECLARATORY JUDGMENT**
**OF NON-INFRINGEMENT AND INVALIDITY OF PATENT**

Plaintiff Bretford Manufacturing Inc. ("Bretford") bring this action against Defendants MASS Engineered Design, Inc. ("MASS Engineered") and Jerry Moscovitch ("Moscovitch") (jointly, "Defendants") for a declaration of non-infringement by Bretford monitor mounts and invalidity with respect to a patent jointly owned by Defendants.

**NATURE OF ACTION**

1.   This action arises under the Declaratory Judgment Act, 28 U.S.C §§ 2201 and 2202 and the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

**THE PARTIES**

2.   Bretford is an Illinois corporation in the business of, among other things, manufacturing office furniture and organizational systems, with its principal place of business at 11000 Seymour Avenue, Franklin Park, Illinois, 60131.

3.   On information and belief, MASS Engineered is a corporation organized under the laws of the province of Ontario, Canada.

4.   On information and belief, Jerry Moscovitch is an individual residing in Canada.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

6. On information and belief, this Court has personal jurisdiction over MASS Engineered and Moscovitch because MASS Engineered has regularly and continuously conducted business and sold products in this District, and Moscovitch is the founder and owner of MASS Engineered and is responsible for its activities.

7. Venue is proper in this Court pursuant to at least 28 U.S.C. §§ 1391(b)-(d) and 28 U.S.C. § 1400(b).

## GENERAL ALLEGATIONS

8. Bretford designs, manufactures, markets, and sells office furniture and accessories in the United States, including monitor mounts for multiple visual display monitors.

9. On information and belief, the United States Patent and Trademark Office ("PTO") issued U.S. Patent No. 5,687,939 on November 18, 1997. The patent was entitled "Dual Display System." On December 5, 2000, Patent No. 5,687,939 was reissued by the PTO and assigned U.S. Patent No. RE 36,978 (the "'978 patent"). A copy of the '978 patent is attached as Exhibit A.

10. On information and belief, Moscovitch claims to be the sole owner of the '978 patent.

11. On information and belief, Moscovitch claims to have granted MASS Engineered an exclusive license to the '978 patent.

12. Moscovitch and MASS Engineered have accused products manufactured, marketed, and sold by Bretford of infringing the '978 patent.

## COUNT ONE

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE '978 PATENT

13. Bretford repeats and realleges the averments of paragraphs 1 through 12 as if fully set forth herein.

14. There is an actual controversy between Bretford and MASS Engineered and Moscovitch as to the infringement and validity of the '978 patent.

15. Bretford has not directly infringed, contributed to infringement of, or induced infringement of any valid claim of the '978 patent, nor is Bretford, either literally or under the doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing infringement of any valid claim of the '978 patent.

16. The '978 patent is invalid for failure to comply with one or more of the requirements for patentability set forth in Title 35 U.S.C. § 101, *et seq.*, including but not limited to 35 U.S.C. §§ 101, 102, 103, and/or 112.

17. An actual and justiciable controversy exists between Bretford and MASS Engineered and Moscovitch regarding the alleged infringement and validity of the '978 patent by virtue of the allegations made by MASS Engineered and Moscovitch that products manufactured, marketed, and/or sold by Bretford infringe the '978 patent.

## JURY DEMAND

18. Bretford demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff Bretford Manufacturing, Inc. respectfully requests that the Court enter judgment against MASS Engineered Design, Inc. and Jerry Moscovitch, including:

(a) a declaration that Bretford has not infringed and is not infringing the '978 patent;

(b) a declaration that each claim of the '978 patent is invalid;

(c) an injunction prohibiting MASS Engineered and Jerry Moscovitch from alleging infringement of the '978 patent by Bretford;

(d) an award of damages that Bretford has sustained;

(e) a declaration that this case is an "exceptional case" within the meaning of 35 U.S.C. § 285 due to, *inter alia*, the above actions of MASS Engineered and/or Jerry Moscovitch;

(f) an award of costs and attorneys fees and other expenses Bretford has been forced to incur; and

(g) such further relief as the Court may deem just and proper.


Dated: January 22, 2008                    Respectfully submitted,

                                           /s  Richard W. Young
                                           Richard W. Young (IL Bar No. 6181557)
                                           Richard.Young@dbr.com
                                           David J. Moorhead (IL Bar No.6280666)
                                           David.Moorhead@dbr.com
                                           DRINKER BIDDLE & REATH LLP
                                           191 N. Wacker Dr., Suite 3700
                                           Chicago, IL  60606-1691
                                           (312) 569-1000
                                           (312) 569-3000

                                           *Counsel for Plaintiff*
                                           *Bretford Manufacturing, Inc.*

CH02/ 22509506.1