**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BRETFORD MANUFACTURING, INC.

v.

MASS ENGINEERED DESIGN, INC. and JERRY MOSCOVITCH

Case Number:

**08 C 486**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRETFORD MANUFACTURING, INC.

**JUDGE MORAN**
**MAGISTRATE JUDGE VALDEZ**

| NAME (Type or print) |
|---|
| Richard W. Young |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Richard W. Young |

| FIRM |
|---|
| Drinker Biddle & Reath LLP |

| STREET ADDRESS |
|---|
| 191 North Wacker Drive, Suite 3700 |

| CITY/STATE/ZIP |
|---|
| Chicago,  IL  60606-1698 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL 6181557 | (312) 569-1460 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐