**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETFORD MANUFACTURING, INC., | |
| Plaintiff, | |
| v. | Case No. |
| MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, | Judge: |
| Defendants. | |

**08 C 486**

**JUDGE MORAN**
**MAGISTRATE JUDGE VALDEZ**

### PLAINTIFF BRETFORD'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 of the Northern District of Illinois, Plaintiff Bretford Manufacturing, Inc. ("Bretford"), by its undersigned counsel, hereby states that no publicly held entity owns more than five percent of Bretford.

Dated: January 22, 2008            Respectfully submitted,

    *s/ Richard W. Young*
Richard W. Young (IL Bar No. 6181557)
Richard.Young@dbr.com
David J. Moorhead (IL Bar No.6280666)
David.Moorhead@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606-1691
(312) 569-1000
(312) 569-3000

*Counsel for Plaintiff*
*Bretford Manufacturing, Inc.*

CH02/ 22509662.1