FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 486

JUDGE MORAN
MAGISTRATE JUDGE VALDEZ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRETFORD MANUFACTURING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH,<br><br>    Defendants. | Case No.<br><br>Judge: |

## LOCAL RULE 3.4
### NOTICE OF CLAIMS INVOLVING A PATENT

Pursuant to Local Rule 3.4 of the Northern District of Illinois and 35 U.S.C. § 290, Plaintiff Bretford Manufacturing, Inc. ("Bretford"), by its undersigned counsel, hereby submits the following Notice of Claims Involving a Patent.

1. Plaintiff Bretford has its principal place of business at 11000 Seymour Avenue, Franklin Park, Illinois, 60131.

2. On information and belief, Defendant MASS Engineered Design, Inc. ("MASS Engineered") is a corporation organized under the laws of the province of Ontario, Canada, and has its principal place of business at 474 Wellington St. W, Toronto, Ontario, M5V 1E3, Canada.

3. On information and belief, Defendant Jerry Moscovitch ("Moscovitch") is an individual residing in Canada at 59 Cowar Avenue, Toronto, Onatio, M6K 2N1, Canada.

4.	United States Patent No. 5,687,939 issued on November 18, 1997, but was reissued on December 5, 2000 as United States Patent No. RE 36,978.  Mr. Moscovitch was named as the inventor on the patent.

Dated: January 22, 2008								Respectfully submitted,

    *s/ Richard W. Young*
Richard W. Young (IL Bar No. 6181557)
Richard.Young@dbr.com
David J. Moorhead (IL Bar No.6280666)
David.Moorhead@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL  60606-1691
(312) 569-1000
(312) 569-3000

*Counsel for Plaintiff
Bretford Manufacturing, Inc.*

CH02/ 22509642.1