Court File No.: 08 C 486

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

BETWEEN:

BRETFORD MANUFACTURING, INC.

PLAINTIFF

AND

MASS ENGINEERED DESIGN, INC. AND JERRY MOSCOVITCH

DEFENDANTS

## AFFIDAVIT OF SERVICE

I, Jason Borg, of the City of Toronto, in the Province of Ontario, Process Server, make oath and say:

(1) On January 25, 2008, at 2:20 PM, I served MASS ENGINEERED DESIGN, INC. with the SUMMONS, COMPLAINT WITH EXHIBIT A, 978 PATENT, CIVIL CASE COVER SHEET, APPEARANCE YOUNG, APPEARANCE MOORHEAD, LR. 3.2 NOFIFICATION OF AFFILIATES, AND LR 3.4 NOTICE OF CLAIMS INVOLVING A PATENT by leaving a copy with JERRY MOSCOVITCH a person appearing in care and control and/or management of MASS ENGINEERED DESIGN, INC. at 474 Wellington Street West, Toronto, Ontario, M5V 1E3.

(2) I was able to identify the person by means of:
(a) At the time and place of service, JERRY MOSCOVITCH identified himself to me.

(3) JERRY MOSCOVITCH is a white-skinned, grey-haired male who is approximately 55 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 180 lbs.

(4) JERRY MOSCOVITCH informed me and I verily believe that he is not active in the United States Military.

SWORN BEFORE ME at the )
City of Toronto, in the Province of )
Ontario, this 28th day of January, )
2008. )
)
_____
A commissioner etc.

_____
(Jason Borg)

Steven Jack Kovacs, a Commissioner, etc.,
Province of Ontario, for Borg Process
Servers Inc., and for Process Serving and
Tenant Protection Act, 1997 matters only.
Expires June 23, 2009.