

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



FILED
2-6-2008
FEB - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Richard William Young

FIRM: Drinker Biddle & Reath LLP

STREET ADDRESS: 191 N. Wacker Drive, Suite 3700

CITY/STATE/ZIP: Chicago, IL 60606-1698

PHONE NUMBER: (312) 569-1460

ARDC NO. (If Member of Illinois State Bar): 6181557

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:08-cv-00486 | Bretford v. Mass Engineered Design | Judge Moran |
|  |  |  |
|  |  |  |
|  |  |  |

_____
Attorney's Signature

February 5, 2008
_____
Date

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604