IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRETFORD MANUFACTURING, INC., | ) | |
| Plaintiff, | ) | Case No. 08 C 486 |
| and | ) | Judge James B. Moran |
| MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, | ) | Magistrate Judge Maria Valdez |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |

**STIPULATION AND CONSENT ORDER EXTENDING TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Bretford Manufacturing, Inc. and Defendants Mass Engineered Design, Inc., and Jerry Moscovitch (collectively "Defendants"), named parties in the above-styled action, having stipulated and agreed that the time within which Defendants may answer, move or otherwise respond to Plaintiff's Complaint is extended to and including Monday, March 17, 2008.

IT IS HEREBY ORDERED that Defendants shall file their answers or other responsive pleadings no later than Monday, March 17, 2008.

SO ORDERED this _____ day of February, 2008.

_____
The Honorable James B. Moran
United States District Court

2

Consented to by:

Attorneys for the Plaintiff


s/Richard W. Young _____
Richard W. Young (IL Bar No. 6181557)
Richard.Young@dbr.com
David J. Moorhead (IL Bar No. 6280666)
David.Moorhead@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606-1691
(312) 569-1000
(312) 569-3000

Submitted by:

Attorneys for the Defendants


s/Sanjay K. Murthy_____
Robert M. Barrett
rbarrett@bellboyd.com
Sanjay K. Murthy
smurthy@bellboyd.com
BELL, BOYD & LLOYD LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602-4207
Phone:  (312) 372-1121
Fax:  (312) 827-8000

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Sanjay Murthy, hereby certify that on February 12, 2008, I electronically filed the foregoing STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

> Richard W. Young
> David J. Moorhead
> DRINKER BIDDLE & REATH LLP
> 191 N. Wacker Drive, Suite 3700
> Chicago, IL 60606-1698

s/ Sanjay K. Murthy