| Order Form (01/2005) | | | | |
|---|---|---|---|---|
| **United States District Court, Northern District of Illinois** | | | | |
| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | | |
| **CASE NUMBER** | 08 C 486 | **DATE** | 2/13/2008 | |
| **CASE TITLE** | BRETFORD MANUFACTURING, INC. Vs. MASS ENGINEERED DESIGN, INC., et al | | | |

**DOCKET ENTRY TEXT**

Enter stipulation and consent order extending time to answer or otherwise respond to complaint. Defendants' shall file their answers or other responsive pleadings on or before 3/17/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | LG |
|---|---|---|