**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| BRETFORD MANUFACTURING, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 486 |
| and | ) ) | Judge James B. Moran |
| MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, | ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) ) ) ) ) | Jury Trial Demanded |

**STIPULATION AND CONSENT ORDER EXTENDING TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Bretford Manufacturing, Inc. and Defendants Mass Engineered Design, Inc., and

Jerry Moscovitch (collectively "Defendants"), named parties in the above-styled action, having

stipulated and agreed that the time within which Defendants may answer, move or otherwise

respond to Plaintiff's Complaint is extended to and including Monday, March 17, 2008.

IT IS HEREBY ORDERED that Defendants shall file their answers or other responsive

pleadings no later than Monday, March 17, 2008.

SO ORDERED this _13rd_ day of February, 2008.

_James B. Moran_
The Honorable James B. Moran
United States District Court