IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRETFORD MANUFACTURING, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 486 |
| and | ) ) | Judge James B. Moran |
| MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, | ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) ) ) ) | Jury Trial Demanded |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND VIOLATION OF THE FIRST-TO-FILE
RULE, OR ALTERNATIVELY, TO TRANSFER**

Defendants, MASS Engineered Design, Inc. ("MASS") and Jerry Moscovitch ("Moscovitch") (collectively, "Defendants"), by and through their attorneys, respectfully move the Court to dismiss this action for lack of personal jurisdiction under FED. R. CIV. P. 12(b)(2) or alternatively to transfer this case under 28 U.S.C. § 1404(a).

Simply stated, Defendants have not done business and are not doing business in this District with any permanence or continuity. Moreover, both Defendants have committed no act in this District that gives rise to Plaintiff's claim. The Plaintiff, Bretford Manufacturing, Inc. ("Bretford"), has not alleged otherwise, and therefore cannot meet its burden of proving facts sufficient to show that this Court may exercise jurisdiction over the Defendants. Bretford appears to have filed suit in Illinois for convenience to itself without sufficiently investigating jurisdiction.

Bretford, moreover, notably failed to mention in its Complaint that a prior action involving the same parties was and is now pending in the Eastern District of Texas involving the very same accused products and the very same patent at issue in this case.  Accordingly, in the event this Court determines that it may exercise personal jurisdiction over both Defendants, Defendants request that this Court (1) dismiss Bretford's action because it violates the first-to-file rule or (2) transfer this action to the Eastern District of Texas.

The grounds supporting this motion are set forth in Defendants' concurrently filed Memorandum of Law in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction and Violation of the First-To-File Rule, or Alternatively, to Transfer.

Dated:  March 17, 2008

Respectfully submitted,

BELL, BOYD & LLOYD LLP

By:  s/Sanjay K. Murthy _____
    Robert M. Barrett
    rbarrett@bellboyd.com
    Sanjay K. Murthy
    smurthy@bellboyd.com
    BELL, BOYD & LLOYD LLP
    70 West Madison Street
    Suite 3100
    Chicago, Illinois 60602
    Phone:  (312) 372-1121
    Fax:  (312) 827-8000

Attorneys for Defendants

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Sanjay Murthy, hereby certify that on March 17, 2008, I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VIOLATION OF THE FIRST-TO-FILE RULE, OR ALTERNATIVELY, TO TRANSFER** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

>Richard W. Young
>David Moorhead
>DRINKER BIDDLE & REATH LLP
>191 N. Wacker Dr., Suite 3700
>Chicago, IL 60606-1691

/s/ Sanjay K. Murthy