# EXHIBIT A



# BELL BOYD
BELL, BOYD & LLOYD LLP

70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
312.372.1121 • Fax 312.827.8000

SANJAY K. MURTHY
312.807.4416
smurthy@bellboyd.com
Direct Fax: 312.827.8138

March 3, 2008

Richard W. Young
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606-1691

   Re: *Bretford Mfg. v. Mass Engineered et al.*
     <u>Northern District of Illinois, Civil Action No. 08 C 486</u>

Dear Mr. Young:

  We have reviewed Bretford Manufacturing, Inc.'s ("Bretford") declaratory judgment Complaint and believe it suffers from a number of deficiencies that we hope can be remedied without court intervention

  In particular: (1) this District does not have personal jurisdiction over the Defendants (something Bretford was apparently aware of based on the lack of facts in the Complaint suggesting otherwise); (2) Bretford's Complaint violates the first-to-file rule in view of the parallel action filed in 2006 and still pending in the Eastern District of Texas (the "Texas Action"); and finally, (3) even if Bretford had a colorable claim for personal jurisdiction over the Defendants in Illinois (which it does not), and somehow survived a motion to dismiss, there is no legitimate basis for keeping this case here in view of the related Texas Action and transfer would be inevitable.

  For the reasons enumerated above, we believe the maintenance of your declaratory judgment action is an abuse of the judicial process. *See, e.g., Canadian Thermal Windows, Inc., v. Magic Window Co.*, 2007 WL 2481295 (N.D. Ill. Aug. 27, 2007) (Moran, J.). However, before moving to dismiss and/or transfer this action, we wanted to advise you of our stance on this matter, and provide you with an opportunity to voluntarily dismiss your Complaint so that Bretford can raise its non-infringement and invalidity claims in the Texas Action under FED. R. CIV. P. 14(a). Our clients have confirmed that they will not oppose Bretford's motion for leave to amend its pleadings in the Texas Action to add the claims found in your Illinois Complaint. We request a response to our proposal by no later than close of business on March 6, 2008.

Richard W. Young
March 3, 2008
Page 2 of 2

If you have any questions regarding this matter, please do not hesitate to call me.

Very truly yours,

Sanjay K. Murthy