# EXHIBIT B



Richard W. Young
(312) 569-1460 Direct
(312) 569-3460 Fax
Richard.Young@dbr.com

*Law Offices*

One Logan Square
18TH and Cherry Streets
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

March 5, 2008

**_By Email_**

Sanjay K. Murthy
Bell Boyd & Lloyd LLP
70 West Madison, Suite 3100
Chicago, IL  60602-4207
smurthy@bellboyd.com

    Re:    *Bretford Mfg. v. Mass Engineered et al.*
         **Civil Action No. 08 C 486 (N.D. Ill.)**

Dear Mr. Murthy:

This responds to your March 3, 2008 letter.  Bretford has carefully considered each of the matters raised in your letter.

With regard to jurisdiction, your client is subject to jurisdiction in this forum because its products have been made available for sale in this District.

The first-to-file rule is inapplicable here as the case in Texas is not a parallel proceeding. That case does not involve substantially the same parties litigating substantially the same issues.  Your clients chose not to sue Bretford there or anywhere else.  That case has continued to advance, with the deadline for adding parties, the parties' *Markman* briefing, and the Court's *Markman* hearing all having passed before Bretford was brought in on a third-party indemnification claim.  As such, a transfer would not be in the interest of justice.

We respectfully decline your proposal to dismiss the Complaint.

                             Very truly yours,

                             Richard W. Young

RWY/DJM

CH02/ 22515280.1

Established 1849