# EXHIBIT I

| Item Number | Manufacturer's Part # | Item Description | Line Qty Invoiced | Year of Invoice | Invoice Number | Customer Number | Customer Name | Street Address | Apt No/Suite/Unit | City | State | Zip Code | Line Goods Value | Supplier COGS | Line Quantity Invoiced * Unit Price | Date of Invoice | Gov/Ed Acct Sub Agency | Actual Ship to Zip Code | Actual Ship to State Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FXD7554 | 10220515 | PREFERRED INVESTIGATIONS & CONSULTI | 2186 RHEEM DR STE C | | PLEASANTON | CA | 94588-2775 | 625 | 544.62 | 625 | 6/27/2007 | | 95129 | CA |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FJN9383 | 5479931 | KELLEY & RYAN ASSOCIATES, INC. | 3 ROSENFELD DR | | HOPEDALE | MA | 01747-2110 | 633 | 544.62 | 633 | 5/4/2007 | | 01747 | MA |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FJR0975 | 182632 | ILLINOIS INSTITUTE OF TECHNOLOGY | 3300 S FEDERAL ST | MAIN BLDG/ROOM 201 | CHICAGO | IL | 60616-3732 | 627.93 | 544.62 | 627.93 | 5/4/2007 | | 60616 | IL |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FKT7704 | 9292181 | BP AMOCO | PO BOX 22024 | | TULSA | OK | 74121-2024 | 587.2 | 544.62 | 587.2 | 5/10/2007 | | 77079 | TX |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FQW7001 | 2846185 | PAXMLPRO | 440 S LA SALLE ST STE 3100 | | CHICAGO | IL | 60605-5020 | 620 | 544.62 | 620 | 6/5/2007 | | 60605 | IL |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | -1 | 2007 | FRL9044 | 9292191 | BP AMOCO | PO BOX 22024 | | TULSA | OK | 74121-2024 | -587.2 | -544.62 | -587.2 | 6/6/2007 | | 74121 | OK |
| 947297 | FPSM-D-DIS4-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FSX9426 | 10220515 | PREFERRED INVESTIGATIONS & CONSULTI | 2186 RHEEM DR STE C | | PLEASANTON | CA | 94588-2775 | 625 | 544.62 | 625 | 6/13/2007 | | 95129 | CA |
| 947294 | FPSM-D-DIS2-AL | BRETFORD SNG LEVEL MULTI DISPLAY MNT | 1 | 2007 | FWD3477 | 5530116 | SOCIETY OF CRITICAL CARE MEDICINE | 701 LEE ST STE 200 | | DES PLAINES | IL | 60016-4562 | 484.29 | 407.66 | 484.29 | 6/22/2007 | | 60016 | IL |
| 947294 | FPSM-D-DIS2-AL | BRETFORD SNG LEVEL MULTI DISPLAY MNT | 1 | 2007 | DVK2871 | 9603117 | TITAN ELECTRIC | 401 E NORTH AVE STE 2 | | VILLA PARK | IL | 60181-1218 | 381.21 | 247.16 | 381.21 | 3/19/2007 | | 60181 | IL |
| 947294 | FPSM-D-DIS2-AL | BRETFORD SNG LEVEL MULTI DISPLAY MNT | 1 | 2007 | FCS9935 | 2563176 | DAVIS INSURANCE | 3110 S 1ST ST | | LUFKIN | TX | 75901-7172 | 366.54 | 247.16 | 366.54 | 4/12/2007 | | 75901 | TX |
| | | Bretford | 8 | | | | | | | | | | | | | | | | |

# REDACTED

CDW-000548

# REDACTED

CDW-000100

|   | A | B | C |
|---|---|---|---|
| 1 | 210328 | ERG | DS100 Dual Monitor Desk Stand |
| 2 | 210330 | ERG | DS100 Triple Monitor Desk Stand |
| 3 | 315783 | ERG | 200 Series Dual Monitor arm |
| 4 | 461494 | ERG | HD Dual Monitor Arm |
| 5 | 495679 | ERG | ERGOTRON HD DUAL ARM BOW 2 SING PIV |
| 6 | 629187 | NAN | LS-HM1-D |
| 7 | 642116 | VIE | Dual Monitor Stand |
| 8 | 652193 | VIE | Triple Monitor Stand |
| 9 | 674650 | VIE | Quad Monitor Stand |
| 10 | 707417 | ERG | DS100 Quad Monitor Desk Stand |
| 11 | 797548 | DO1 | DS-1700 |
| 12 | 832694 | MO1 | Moview the Dual MV2XDC |
| 13 | 843229 | MO1 | Moview the Quad MVQUMS |
| 14 | 849750 | PEE | Quad Desktop Articulating Mount LCT-104 |
| 15 | 890905 | MO1 | Moview the Dual MVDMS |
| 16 | 938681 | PEE | Multiscreen Desktop Articulating Arm LCT-102 |
| 17 | 947294 | BRE | FPSM-D-DIS2-AL |
| 18 | 947297 | BRE | FPSM-D-DIS4-AL |
| 19 | 947299 | BRE | FPSM-D-DIS6-AL |
| 20 | 977956 | ERG | LX Dual Display Lift Stand |
| 21 | 997791 | ERG | LX Triple Display Lift Stand |
| 22 | 997919 | CIF | FTP-320 |
| 23 | 1021070 | CIF | FTP-220 |
| 24 | 1059230 | PEE | Multiscreen Desktop Mount LCT-103 |

CDW-000102