## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRETFORD MANUFACTURING, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 486 |
| and | ) ) | Judge James B. Moran |
| MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, | ) ) ) | Magistrate Judge Maria Valdez |
| | ) ) | Jury Trial Demanded |
| Defendants. | ) ) ) | |

**DECLARATION OF JERRY MOSCOVITCH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VIOLATION OF THE FIRST-TO-FILE RULE, OR ALTERNATIVELY, TO TRANSFER**

I, Jerry Moscovitch, declare:

1.  I make this Declaration in Support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Violation of the First-To-File Rule or, in the Alternative, to Transfer to the United States District Court for the Eastern District of Texas.

2.  The statements in this declaration are true and correct. If called to testify, I could and would testify thereto under oath.

3.  I know the matters stated herein of my own personal knowledge and am qualified to state the following facts.

4.  I am a resident of Ontario, Canada. I am also the named inventor and owner of U.S. Patent No. RE 36,978 (the "'978 Patent").

5.  In 2003, I exclusively licensed the '978 Patent to MASS Engineered Design, Inc. ("MASS") a company which I founded. MASS is a Canadian corporation organized under the laws of Ontario, Canada.

6.  In my individual capacity, I maintain no office or residence in Illinois, I have never lived in Illinois, I own no property in Illinois, I do not lease any property in Illinois, I do not pay taxes in or to Illinois, I do not maintain a telephone listing in Illinois, I do not maintain a residence or postal address in Illinois, I do not maintain a bank account in Illinois, I have not previously sued in Illinois, and I do not transact any business in Illinois.

7.  To my knowledge, the communications between MASS and Bretford regarding the '978 Patent at issue were initiated by Bretford.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3th day of March, 2008 at TORONTO CANADA

_____
Jerry Moscovitch