IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| BRETFORD MANUFACTURING, INC., | ) ) ) ) |
| Plaintiff, | ) Case No. 08 C 486 ) |
| and | ) Judge James B. Moran ) |
| MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, | ) Magistrate Judge Maria Valdez ) ) Jury Trial Demanded |
| Defendants. | ) ) ) |

**DECLARATION OF RAY WILK IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VIOLATION
OF THE FIRST-TO-FILE RULE, OR ALTERNATIVELY, TO TRANSFER**

I, Ray Wilk declare:

1. I make this Declaration in Support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Violation of the First-To-File Rule or, in the Alternative, to Transfer to the United States District Court for the Eastern District of Texas.

2. The statements in this declaration are true and correct. If called to testify, I could and would testify thereto under oath.

3. I know the matters stated herein of my own personal knowledge and I am qualified to state the following facts on behalf of MASS Engineered Design, Inc. ("MASS").

4. I have worked for MASS since 1997. My current title is Director of Engineering and Product Development.

5. MASS is a Canadian corporation organized under the laws of Ontario, Canada. To my knowledge, MASS follows all proper corporate formalities under Canadian Law.

6. MASS is a small company involved in manufacturing multi-display solutions. As of today, MASS has no offices, property, employees, agents, or distributors in Illinois, and is not licensed to do business in Illinois.

7. Since it has been in business, on occasion, some of MASS' multi-display solutions have been shipped to Illinois. Those sales have been sporadic and could not fairly be called continuous or systematic. In fact, MASS has no agreements with any of those customers that were located in Illinois that provide for any on-going business relationship. MASS does not

conduct direct marketing or advertising in Illinois. In addition, for at least the past five years, MASS has not attended any trade shows in Illinois.

8. To my knowledge, the communications between MASS and Bretford regarding the '978 Patent at issue were initiated by Bretford, not MASS.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of March, 2008 at Toronto, Canada

Ray Wilk

2