IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| BRETFORD MANUFACTURING, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 486 |
| ) | |
| and ) | Judge James B. Moran |
| ) | |
| MASS ENGINEERED DESIGN, INC., and ) | Magistrate Judge Maria Valdez |
| JERRY MOSCOVITCH, ) | |
| ) | Jury Trial Demanded |
| Defendants. ) | |
| ) | |
| ) | |

**NOTICE OF MOTION**

TO: Richard W. Young
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606-1691

PLEASE TAKE NOTICE that Defendants, MASS Engineered Design, Inc. ("MASS") and Jerry Moscovitch ("Moscovitch") (collectively, "Defendants"), will bring their MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VIOLATION OF THE FIRST-TO-FILE RULE, OR ALTERNATIVELY, TO TRANSFER for hearing on Wednesday, March 19, 2008 at 9:00 a.m., or as soon thereafter as the matter can be heard, in Room 1843 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated:  March 17, 2008

Respectfully submitted,

By:  s/Sanjay K. Murthy
    Robert M. Barrett
    rbarrett@bellboyd.com
    Sanjay K. Murthy
    smurthy@bellboyd.com
    BELL, BOYD & LLOYD LLP
    70 West Madison Street, Suite 3100
    Chicago, Illinois 60602
    Phone:  (312) 372-1121
    Fax:  (312) 827-8000

    Attorneys for Defendants