UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Bretford Manufacturing Inc.
          Plaintiff,

v.                 Case No.: 1:08–cv–00486
                Honorable James B. Moran

Mass Engineered Design, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

  MINUTE entry before Judge Honorable James B. Moran:Defendants' motion to dismiss for lack of personal jurisdiction and violation of the First–To–File Rule, or alternatively, to transfer [20] is entered and continued. Plaintiff's are given 30 days (4/18/2008) to conduct jurisdictional discovery. Motion hearing held on 3/19/2008 regarding motion to dismiss/lack of jurisdiction[20]. Status hearing set for 4/10/2008 is stricken and reset to 4/23/2008 at 09:15 AM. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.