

# BELL BOYD
BELL, BOYD & LLOYD LLP

70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
312.372.1121 • Fax 312.827.8000

SANJAY K. MURTHY
312.807.4416
smurthy@bellboyd.com
Direct Fax: 312.827.8138

**VIA ECF AND HAND-DELIVERY**

March 31, 2008

The Honorable James B. Moran
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

    Re:    *Bretford Mfg., Inc. v. Mass Engineered et al.*
             Northern District of Illinois, Civil Action No. 08 C 486

Dear Judge Moran:

    I am writing concerning Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Violation of the First-To-File Rule or, in the Alternative, to Transfer filed on March 17, 2008. (*See* Dkt. No. 20).

    On March 19, 2008, this Court granted Plaintiff leave to conduct "jurisdictional discovery" only. Since then, Plaintiff has served 52 document requests, 76 requests for admission and 5 interrogatories requesting information about Defendants' conduct throughout the entire United States and spanning at least thirteen years. Defendants do not believe that Plaintiff has even made a *prima facie* case for "general jurisdiction" based on the allegations in the Complaint. However, the cost and burden of responding to and disputing the relevance of this discovery are simply too much for Defendants to bear, especially since there is already an on-going patent infringement litigation involving these same parties and the same patent in the Eastern District of Texas. Accordingly, in view of this Court's ruling permitting jurisdictional discovery and Plaintiff's discovery requests, Defendants have no choice but to withdraw their defenses based on personal jurisdiction grounds.

    Thus, the only issues remaining from Defendants' motion are the first-to-file rule and transfer, which are now ripe for this Court's consideration. For the Court's convenience, and to avoid any confusion regarding what remains in dispute, Defendants will file an amended motion limited to the issues of violation of the first-to-file rule and transfer under 28 U.S.C. § 1404(a). Defendants will notice this amended motion for hearing on April 3, 2008.

The Honorable James B. Moran
March 31, 2008
Page 2

Very truly yours,

Sanjay K. Murthy

SKM:jzj

Copy to Counsel of Record