IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRETFORD MANUFACTURING, INC., | ) | |
| Plaintiff, | ) | Case No. 08 C 486 |
| and | ) | Judge James B. Moran |
| MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, | ) | Magistrate Judge Maria Valdez |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |

### DEFENDANTS' AMENDED MOTION TO DISMISS FOR VIOLATION OF THE FIRST-TO-FILE RULE, OR ALTERNATIVELY, TO TRANSFER

Declaratory judgment Defendants, MASS Engineered Design, Inc. ("MASS") and Jerry Moscovitch ("Moscovitch") (collectively, "Defendants"), by and through their attorneys, respectfully move the Court to dismiss this action for violation of the first-to-file rule or alternatively to transfer this case under 28 U.S.C. § 1404(a).

Bretford fails to mention in its declaratory judgment Complaint that a prior action filed in 2006 involving the same parties was and is now pending in the Eastern District of Texas (Civil Action No. 2:06 CV-272, the "Texas Action"). It is undisputed that the Texas Action involves the same accused products and the same patent at issue in this case. Accordingly, Defendants request that this Court dismiss Bretford's declaratory judgment action because it violates the first-to-file rule.

Alternatively, this Court should transfer the current action so that it may be consolidated

with the Texas Action pursuant to 28 U.S.C. § 1404(a) because a transfer would serve the interests of justice, avoiding costly duplicative litigation, the waste of judicial resources, the potential for conflicting rulings, and inconvenience to the parties and witnesses.

The grounds supporting this motion are set forth in Defendants' concurrently filed Memorandum of Law in Support of Their Amended Motion to Dismiss for Violation of the First-To-File Rule, or Alternatively, to Transfer.

Dated:  March 31, 2008                    Respectfully submitted,

                                          BELL, BOYD & LLOYD LLP

                                          By:  s/Sanjay K. Murthy _____
                                               Robert M. Barrett
                                               rbarrett@bellboyd.com
                                               Sanjay K. Murthy
                                               smurthy@bellboyd.com
                                               BELL, BOYD & LLOYD LLP
                                               70 West Madison Street
                                               Suite 3100
                                               Chicago, Illinois 60602
                                               Phone:  (312) 372-1121
                                               Fax:  (312) 827-8000

                                          Attorneys for Defendants

## CERTIFICATE OF ELECTRONIC SERVICE

I, Sanjay Murthy, hereby certify that on March 31, 2008, I electronically filed the foregoing **DEFENDANTS' AMENDED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VIOLATION OF THE FIRST-TO-FILE RULE, OR ALTERNATIVELY, TO TRANSFER** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

>Richard W. Young
>David J. Moorhead
>DRINKER BIDDLE & REATH LLP
>191 N. Wacker Dr., Suite 3700
>Chicago, IL 60606-1691

/s/ Sanjay K. Murthy