# EXHIBIT C

IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. And JERRY MOSCOVITCH | § § § § § § § § § § § § § § | |
| | | JUDGE: Leonard E. Davis |
| Plaintiffs | | |
| vs. | | CIVIL ACTION NO. 02-06CV-272 |
| ERGOTRON, INC., DELL INC., CDW CORPORATION, and TECH DATA CORPORATION | | |
| Defendants. | | JURY TRIAL DEMANDED |

**PLAINTIFFS' PRELIMINARY INFRINGEMENT CONTENTIONS (LITERAL)
FOR DEFENDANT CDW CORPORATION'S PRODUCTS**

Plaintiffs MASS ENGINEERED DESIGN, INC. and JERRY MOSCOVITCH submit the following *Disclosure of Asserted Claims and Preliminary Infringement Contentions* (Literal) for Defendant CDW Corporation, Inc.'s products pursuant to Local Patent Rule 3-1. As shown in the following pages, the accused products shown herein infringe the asserted claims because they embody every claimed element. The figures included herein are annotated with numbers to show where each claim element is present in the accused device.

**CDW CORPORATION**
U.S. Patent No. RE 36,978 applied to the Bretford FPSM-D-DIS4-AL,
CDW Part No. 947297

| **Claim 17 of the RE 36,978 patent** as applied to the **Bretford FPSM-D-DIS4-AL**, **(CDW part no. 947297)**<br>  Priority date:  **April 26, 1996**<br>  Type of infringement asserted:  **Literal** ||
|---|---|
| 17.  A display system (2) comprising:<br><br>a pair of electronic displays (6);<br><br>positioning means for positioning the displays (5), the positioning means comprising:<br><br>  (a) an arm assembly for supporting the displays (8);<br><br>  (b) support means (10) having a base (4) for supporting the arm assembly above a support surface; and<br><br>  (c) mounting means for mounting the displays to the arm assembly (12), the mounting means comprising means for adjusting the angular orientation of each of the displays relative to the arm assembly about a generally vertical axis (14) to thereby permit said displays to be angled relative to each other to a desired degree. |  |

The Bretford FPSM-D-DIS4-AL, CDW part no. 947297, infringes claim 17 because it embodies every claimed element.  The figures above of the accused product are annotated with numbers to show where each claim element (as annotated above with corresponding numbers) is present in the accused device.

184575.01/2553.00100                                 43

**CDW CORPORATION**
**U.S. Patent No. RE 36,978 applied to the Bretford FPSM-D-DIS6-AL,**
**CDW Part No. 947299**

| **Claim 16 of the RE 36,978 patent** as applied to the **Bretford FPSM-D-DIS6-AL, (CDW part no. 947299)**<br>Priority date: **April 26, 1996**<br>Type of infringement asserted: **Literal** ||
|---|---|
| 16. A display system (2) comprising:<br><br>a base member (4);<br><br>a pair of electronic displays (6);<br><br>positioning means for positioning the displays (5), the positioning means comprising:<br><br>(a) an arm assembly for supporting the displays (8);<br><br>(b) support means for supporting the arm assembly from the base member (10); and<br><br>(c) mounting means for mounting the displays to the arm assembly (12), the mounting means comprising means for adjusting the angular orientation of each of the displays relative to the arm assembly (14) to thereby permit said displays to be angled toward each other to a desired degree. |  |

The Bretford FPSM-D-DIS6-AL, CDW part no. 947299, infringes claim 16 because it embodies every claimed element. The figures above of the accused product are annotated with numbers to show where each claim element (as annotated above with corresponding numbers) is present in the accused device.

**CDW CORPORATION**
U.S. Patent No. RE 36,978 applied to the Bretford FPSM-D-DIS6-AL,
CDW Part No. 947299

| **Claim 17 of the RE 36,978 patent** as applied to the **Bretford FPSM-D-DIS6-AL, (CDW part no. 947299)**<br>Priority date: **April 26, 1996**<br>Type of infringement asserted: **Literal** ||
|---|---|
| 17. A display system (2) comprising:<br><br>a pair of electronic displays (6);<br><br>positioning means for positioning the displays (5), the positioning means comprising:<br><br>(a) an arm assembly for supporting the displays (8);<br><br>(b) support means (10) having a base (4) for supporting the arm assembly above a support surface; and<br><br>(c) mounting means for mounting the displays to the arm assembly (12), the mounting means comprising means for adjusting the angular orientation of each of the displays relative to the arm assembly about a generally vertical axis (14) to thereby permit said displays to be angled relative to each other to a desired degree. |  |

The Bretford FPSM-D-DIS6-AL, CDW part no. 947299, infringes claim 17 because it embodies every claimed element. The figures above of the accused product are annotated with numbers to show where each claim element (as annotated above with corresponding numbers) is present in the accused device.

184575.01/2553.00100                                45

**CDW CORPORATION**
U.S. Patent No. RE 36,978 applied to the Bretford FPSM-D-DIS2-AL,
CDW Part No. 947294

| **Claim 16 of the RE 36,978 patent** as applied to the **Bretford FPSM-D-DIS2-AL, (CDW part no. 947294)** <br> Priority date: **April 26, 1996** <br> Type of infringement asserted: **Literal** ||
|---|---|
| 16. A display system (2) comprising: <br><br> a base member (4); <br><br> a pair of electronic displays (6); <br><br> positioning means for positioning the displays (5), the positioning means comprising: <br><br> (a) an arm assembly for supporting the displays (8); <br><br> (b) support means for supporting the arm assembly from the base member (10); and <br><br> (c) mounting means for mounting the displays to the arm assembly (12), the mounting means comprising means for adjusting the angular orientation of each of the displays relative to the arm assembly (14) to thereby permit said displays to be angled toward each other to a desired degree. |  |

The Bretford FPSM-D-DIS2-AL, CDW part no. 947294, infringes claim 16 because it embodies every claimed element. The figures above of the accused product are annotated with numbers to show where each claim element (as annotated above with corresponding numbers) is present in the accused device.

**CDW CORPORATION**
U.S. Patent No. RE 36,978 applied to the Bretford FPSM-D-DIS2-AL,
CDW Part No. 947294

| **Claim 17 of the RE 36,978 patent** as applied to the **Bretford FPSM-D-DIS2-AL**, **(CDW part no. 947294)** Priority date: **April 26, 1996** Type of infringement asserted: **Literal** | |
|---|---|
| 17.  A display system (2) comprising: a pair of electronic displays (6); positioning means for positioning the displays (5), the positioning means comprising: (a) an arm assembly for supporting the displays (8); (b) support means (10) having a base (4) for supporting the arm assembly above a support surface; and (c) mounting means for mounting the displays to the arm assembly (12), the mounting means comprising means for adjusting the angular orientation of each of the displays relative to the arm assembly about a generally vertical axis (14) to thereby permit said displays to be angled relative to each other to a desired degree. |  |

The Bretford FPSM-D-DIS2-AL, CDW part no. 947294, infringes claim 17 because it embodies every claimed element.  The figures above of the accused product are annotated with numbers to show where each claim element (as annotated above with corresponding numbers) is present in the accused device.

184575.01/2553.00100                                          47