**EXHIBIT H**

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ILLINOIS NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,422 | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | U.S. | Circuit |
| | Terminations | | 7,929 | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | | |
| | Pending | | 8,091 | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | | |
| | % Change in Total Filings | Over Last Year | 4.1 | | | | | | 27 | 2 |
| | | Over Earlier Years | | -7.0 | -20.4 | -24.3 | -24.4 | | 81 | 6 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months** | | 15.8 | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 382 | 367 | 412 | 481 | 505 | 506 | 62 | 4 |
| | | Civil | 346 | 330 | 369 | 437 | 461 | 459 | 36 | 3 |
| | | Criminal Felony | 24 | 26 | 34 | 32 | 38 | 39 | 93 | 7 |
| | | Supervised Release Hearings** | 12 | 11 | 9 | 12 | 6 | 8 | 77 | 6 |
| | Pending Cases | | 368 | 351 | 360 | 350 | 395 | 390 | 48 | 3 |
| | Weighted Filings** | | 462 | 443 | 485 | 512 | 526 | 525 | 39 | 3 |
| | Terminations | | 360 | 375 | 400 | 521 | 495 | 487 | 66 | 5 |
| | Trials Completed | | 11 | 11 | 13 | 12 | 12 | 14 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 14.7 | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 90 | 7 |
| | | Civil** | 6.2 | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | | 29.7 | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 65 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 456 | 500 | 388 | 337 | 442 | 461 | | |
| | | Percentage | 6.5 | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 65 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 45.20 | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | | |
| | | Percent Not Selected or Challenged | 31.8 | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7620 | 118 | 150 | 701 | 53 | 55 | 1504 | 902 | 563 | 428 | 1614 | 23 | 1509 |
| Criminal* | 527 | 1 | 152 | 59 | 43 | 107 | 80 | 13 | 6 | 17 | 11 | 11 | 27 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TEXAS EASTERN** | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,873 | 3,658 | 3,583 | 3,860 | 4,072 | 3,610 | U.S. | Circuit |
| | Terminations | | 3,572 | 3,623 | 3,538 | 4,243 | 3,487 | 4,458 | | |
| | Pending | | 3,352 | 3,079 | 3,035 | 2,983 | 3,358 | 2,825 | | |
| | % Change in Total Filings | Over Last Year | | 5.9 | | | | | 19 | 2 |
| | | Over Earlier Years | | | 8.1 | .3 | -4.9 | 7.3 | 19 | 3 |
| | Number of Judgeships | | 8 | 8 | 8 | 8 | 8 | 7 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | 9.1 | 4.2 | 19.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 484 | 457 | 448 | 483 | 509 | 515 | 31 | 5 |
| | | Civil | 403 | 375 | 376 | 411 | 431 | 444 | 17 | 3 |
| | | Criminal Felony | 81 | 82 | 72 | 71 | 77 | 70 | 36 | 3 |
| | | Supervised Release Hearings** | 0 | 0 | 0 | 1 | 1 | 1 | - | - |
| | Pending Cases | | 419 | 385 | 379 | 373 | 420 | 404 | 30 | 6 |
| | Weighted Filings** | | 674 | 550 | 511 | 518 | 529 | 492 | 5 | 2 |
| | Terminations | | 447 | 453 | 442 | 530 | 436 | 637 | 41 | 7 |
| | Trials Completed | | 18 | 21 | 21 | 21 | 26 | 22 | 55 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.7 | 9.2 | 8.3 | 8.4 | 7.5 | 8.9 | 47 | 5 |
| | | Civil** | 9.0 | 9.0 | 10.3 | 6.5 | 10.9 | 15.0 | 42 | 5 |
| | From Filing to Trial** (Civil Only) | | 18.0 | 17.7 | 15.9 | 15.4 | 17.0 | 14.0 | 14 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 41 | 80 | 64 | 47 | 41 | 58 | | |
| | | Percentage | 1.5 | 3.2 | 2.6 | 1.9 | 1.4 | 2.4 | 9 | 2 |
| | Average Number of Felony Defendants Filed Per Case | | 1.8 | 1.6 | 1.7 | 1.7 | 1.7 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 40.26 | 36.89 | 34.27 | 33.92 | 32.49 | 32.40 | | |
| | | Percent Not Selected or Challenged | 35.5 | 30.1 | 30.2 | 32.5 | 33.5 | 33.3 | | |

| **2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3222 | 128 | 181 | 1379 | 30 | 20 | 75 | 401 | 252 | 409 | 220 | 3 | 124 |
| Criminal* | 648 | 18 | 185 | 55 | 168 | 90 | 24 | 30 | 10 | 25 | 11 | 11 | 21 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."