# EXHIBIT I

| Item Number | Manufacturer's Part # | Item Description | Line Qty Invoiced | Year of Invoice | Invoice Number | Customer Number | Customer Name | Street Address | Apt No/Suite/Unit | City | State | Zip Code | Line Goods Value | Supplier COGS | Line Quantity Invoiced * Unit Price | Date of Invoice | Gov/Ed Acct Sub Agency | Actual Ship to Zip Code | Actual Ship to State Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FXD7554 | 10220515 | PREFERRED INVESTIGATIONS & CONSULTI | 2186 RHEEM DR STE C | | PLEASANTON | CA | 94588-2775 | 625 | 544.62 | 625 | 6/27/2007 | | 95129 | CA |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FJN9383 | 5479931 | KELLEY & RYAN ASSOCIATES, INC. | 3 ROSENFELD DR | | HOPEDALE | MA | 01747-2110 | 633 | 544.62 | 633 | 5/4/2007 | | 01747 | MA |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FJR0975 | 182632 | ILLINOIS INSTITUTE OF TECHNOLOGY | 3300 S FEDERAL ST | MAIN BLDG/ ROOM 201 | CHICAGO | IL | 60616-3732 | 627.93 | 544.62 | 627.93 | 5/4/2007 | | 60616 | IL |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FKT7704 | 9292181 | BP AMOCO | PO BOX 22024 | | TULSA | OK | 74121-2024 | 587.2 | 544.62 | 587.2 | 5/10/2007 | | 60605 | IL |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FQW7001 | 2846185 | PAX/MLPRO | 440 S LA SALLE ST STE 3100 | | CHICAGO | IL | 60605-5020 | 620 | 544.62 | 620 | 6/5/2007 | | 77079 | TX |
| 947299 | FPSM-D-DIS6-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | -1 | 2007 | FRL9044 | 9292191 | BP AMOCO | PO BOX 22024 | | TULSA | OK | 74121-2024 | -587.2 | -544.62 | -587.2 | 6/5/2007 | | 60605 | IL |
| 947297 | FPSM-D-DIS4-AL | BRETFORD DBL LEVEL MULTI DISPLAY MNT | 1 | 2007 | FSX9426 | 10220515 | PREFERRED INVESTIGATIONS & CONSULTI | 2186 RHEEM DR STE C | | PLEASANTON | CA | 94588-2775 | 625 | 544.62 | 625 | 6/13/2007 | | 74121 | OK |
| 947294 | FPSM-D-DIS2-AL | BRETFORD SNG LEVEL MULTI DISPLAY MNT | 1 | 2007 | FWD3477 | 5530116 | SOCIETY OF CRITICAL CARE MEDICINE | 701 LEE ST STE 200 | | DES PLAINES | IL | 60016-4562 | 484.29 | 407.66 | 484.29 | 6/22/2007 | | 95129 | CA |
| 947294 | FPSM-D-DIS2-AL | BRETFORD SNG LEVEL MULTI DISPLAY MNT | 1 | 2007 | DVK2871 | 9603117 | TITAN ELECTRIC | 401 E NORTH AVE STE 2 | | VILLA PARK | IL | 60181-1218 | 381.21 | 247.16 | 381.21 | 3/19/2007 | | 60016 | IL |
| | | | 1 | 2007 | FCS9935 | 2563176 | DAVIS INSURANCE | 3110 S 1ST ST | | LUFKIN | TX | 75901-7172 | 366.54 | 247.16 | 366.54 | 4/12/2007 | | 60181 | IL |
| | | Bretford | 8 | | | | | | | | | | | | | | | 75901 | TX |

**REDACTED**

CDW-000548

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# REDACTED

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1742 | BRE | Bradford | CSC3611 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 6/18/2006 | 6/29/2006 | 38 | 7/6/2006 | 36 | | | 182 | $ | 342.15 | 7 | V | VI | VAC | |
| 1743 | BRE | Bradford | CGL3412 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 6/26/2006 | 6/29/2006 | 5 | 7/3/2006 | 3 | 3 | 1 | 182 | $ | 342.15 | 1 | V | VI | VAC | |
| 1744 | BRE | Bradford | CGL3412 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 6/28/2006 | 7/24/2006 | 24 | 7/26/2006 | 28 | 3 | 2 | 182 | $ | 684.30 | 1 | V | VI | VAC | |
| 1745 | BRE | Bradford | CHB3766 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 6/27/2006 | 7/24/2006 | 19 | 7/26/2006 | 22 | 4 | 4 | 182 | $ | 1,369.60 | 1 | V | VI | VAC | |
| 1746 | BRE | Bradford | CHU2293 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 7/18/2006 | 7/26/2006 | 12 | 7/27/2006 | 13 | 1 | 1 | 182 | $ | 342.15 | 1 | V | VI | VAC | |
| 1747 | BRE | Bradford | CME249 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 2/17/2006 | 8/15/2006 | 21 | 8/18/2006 | 22 | 2 | 2 | 182 | $ | 684.30 | 1 | V | VI | VAC | |
| 1748 | BRE | Bradford | CMX2002 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 7/25/2006 | 8/15/2006 | 17 | 8/31/2006 | 21 | 1 | 1 | 182 | $ | 342.15 | 7 | V | VI | VAC | |
| 1749 | BRE | Bradford | CJF1182 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 7/27/2006 | 8/21/2006 | 20 | 8/25/2006 | 21 | 2 | 2 | 182 | $ | 684.30 | 1 | V | VI | VAC | |
| 1750 | BRE | Bradford | CKA9441 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947299 | FPSM-D-D56-AL | 6/7/2006 | 6/7/2006 | 0 | 6/10/2006 | 3 | 1 | 1 | 182 | $ | 629.47 | 7 | V | VI | VAC | |
| 1751 | BRE | Bradford | CKN0346 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947299 | FPSM-D-D56-AL | 8/14/2006 | 9/5/2006 | 17 | 9/1/2006 | 19 | 1 | 1 | 182 | $ | 629.47 | 7 | V | VI | VAC | |
| 1752 | BRE | Bradford | CLN8189 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 8/24/2006 | 8/26/2006 | 0 | 9/1/2006 | 6 | 2 | 1 | 174 | $ | 342.15 | 2 | V | VI | VAC | |
| 1753 | BRE | Bradford | CLN8189 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 8/25/2006 | 8/25/2006 | 0 | 9/5/2006 | 7 | 2 | 1 | 174 | $ | 342.15 | 7 | V | VI | VAC | |
| 1754 | BRE | Bradford | CWY5040 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947294 | FPSM-D-D52-AL | 11/1/2006 | 11/1/2006 | 0 | 11/2/2006 | 1 | 1 | 1 | 182 | $ | 347.16 | 7 | V | VI | VAC | |
| 1755 | BRE | Bradford | CWX8347 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947299 | FPSM-D-D56-AL | 1/2/2007 | 1/3/2007 | 1 | 1/4/2007 | 2 | 1 | 1 | 176 | $ | 644.82 | 1 | V | VI | VAC | |
| 1756 | BRE | Bradford | CXD3154 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947299 | FPSM-D-D56-AL | 1/11/2007 | 1/11/2007 | 0 | 1/12/2007 | 1 | 1 | 1 | 176 | $ | 644.82 | 1 | V | VI | VAC | Bradford |
| 1757 | BRE | Bradford | CXD0477 | Normal - For Resale (Stocking) | TECOAT | Distribution | 947299 | FPSM-D-D56-AL | 2/1/2007 | 3/7/2007 | 0 | 2/4/2007 | 1 | 1 | 1 | 176 | $ | 644.82 | 7 | V | VI | VAC | 12 |

CDW-000100

|    | A       | B   | C                                            |
|----|---------|-----|----------------------------------------------|
| 1  | 210328  | ERG | DS100 Dual Monitor Desk Stand                |
| 2  | 210330  | ERG | DS100 Triple Monitor Desk Stand              |
| 3  | 315783  | ERG | 200 Series Dual Monitor arm                  |
| 4  | 461494  | ERG | HD Dual Monitor Arm                          |
| 5  | 495679  | ERG | ERGOTRON HD DUAL ARM BOW 2 SING PIV          |
| 6  | 629187  | NAN | LS-HM1-D                                     |
| 7  | 642116  | VIE | Dual Monitor Stand                           |
| 8  | 652193  | VIE | Triple Monitor Stand                         |
| 9  | 674650  | VIE | Quad Monitor Stand                           |
| 10 | 707417  | ERG | DS100 Quad Monitor Desk Stand                |
| 11 | 797548  | DO1 | DS-1700                                      |
| 12 | 832694  | MO1 | Moview the Dual MV2XDC                       |
| 13 | 843229  | MO1 | Moview the Quad MVQUMS                       |
| 14 | 849750  | PEE | Quad Desktop Articulating Mount LCT-104      |
| 15 | 890905  | MO1 | Moview the Dual MVDMS                        |
| 16 | 938681  | PEE | Multiscreen Desktop Articulating Arm LCT-102 |
| 17 | 947294  | BRE | FPSM-D-DIS2-AL                               |
| 18 | 947297  | BRE | FPSM-D-DIS4-AL                               |
| 19 | 947299  | BRE | FPSM-D-DIS6-AL                               |
| 20 | 977956  | ERG | LX Dual Display Lift Stand                   |
| 21 | 997791  | ERG | LX Triple Display Lift Stand                 |
| 22 | 997919  | CIF | FTP-320                                      |
| 23 | 1021070 | CIF | FTP-220                                      |
| 24 | 1059230 | PEE | Multiscreen Desktop Mount LCT-103            |

CDW-000102