IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRETFORD MANUFACTURING, INC., | ) | |
| Plaintiff, | ) | Case No. 08 C 486 |
| and | ) | Judge James B. Moran |
| MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, | ) | Magistrate Judge Maria Valdez |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Richard W. Young
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606-1691

PLEASE TAKE NOTICE that Defendants, MASS Engineered Design, Inc. ("MASS") and Jerry Moscovitch ("Moscovitch") (collectively, "Defendants"), will bring their AMENDED MOTION TO DISMISS FOR VIOLATION OF THE FIRST-TO-FILE RULE, OR ALTERNATIVELY, TO TRANSFER for hearing on Thursday, April 3, 2008 at 9:00 a.m., or as soon thereafter as the matter can be heard, in Room 1843 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

| | |
|---|---|
| Dated:  March 31, 2008 | Respectfully submitted, |
| | By:  s/Sanjay K. Murthy_____ |

      Robert M. Barrett
      rbarrett@bellboyd.com
      Sanjay K. Murthy
      smurthy@bellboyd.com
      BELL, BOYD & LLOYD LLP
      70 West Madison Street, Suite 3100
      Chicago, Illinois 60602
      Phone:  (312) 372-1121
      Fax:  (312) 827-8000

      Attorneys for Defendants