UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Bretford Manufacturing Inc.
                        Plaintiff,

v.                                               Case No.: 1:08−cv−00486
                                                 Honorable James B. Moran

Mass Engineered Design, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable James B. Moran:Motion hearing held on 4/3/2008 regarding motion to dismiss [27]. Plaintiff's response to defendants' amended motion to dismiss for violation of the First−To−File Rule, or alternatively, to transfer to be filed by 4/14/2008. Defendants' reply in support of their motion [27] to be filed by 4/21/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.