IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETFORD MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, <br><br> Defendants. | Case No. 08 C 486 <br><br> Judge Moran |

## DECLARATION OF GERALD M. FLYNN

I, Gerald M. Flynn, hereby declare under penalty of perjury under the laws of the United States:

1. I am the Director of Finance and Administration at Bretford Manufacturing, Inc. and work in Bretford's Franklin Park, Illinois office. The facts in this declaration are based on either my personal knowledge or my review of Bretford's business records. If called to testify, I would testify as stated herein.

2. Bretford Manufacturing was started sixty years ago when Russell and Edward James Petrick formed the company to manufacture a variety of steel consumer products for others. The name of the company was chosen by combining their wives' maiden names, "Brett" and "Crawford." Soon, the company began designing and manufacturing technology-related products for schools. One of its best known products became the ubiquitous AV cart for motion picture projectors.

3.  Since its inception, Bretford has established a reputation as a leading manufacturer of innovative products. To help schools and business keep pace with the advances in technology during the last half of the twentieth century, Bretford developed new and improved products to make these devices more accessible for schools and businesses to use. From carts for overhead projectors to mobile storage devices for laptops, Bretford has designed, developed, and manufactured innovative products to make better, more efficient use of evolving technology.

4.  Bretford started its business in the Chicago-area and has always been based here. It is incorporated in Illinois and has its headquarters and corporate offices in Franklin Park, Illinois. It manufactures products at its own factories in the Chicago suburbs of Franklin Park and Schiller Park. Its only showroom is in the Merchandise Mart in Chicago.

5.  In 2004, Bretford began developing a monitor mount for multiple flat-screen monitors. It hired another Chicago-area company to help design the product that Bretford envisioned. All of the design and development of the product took place in the Chicago-area. The development work consumed two years before the first unit was sold in 2006.

6.  On May 24, 2007, Bretford first learned that MASS Engineered Design, Inc. and Jerry Moscovitch alleged that Bretford products infringe United States Patent No. RE 36,978 when I received a phone call from Thomas Duston, counsel for CDW. Later that same day, he sent me a copy of MASS Engineered and Moscovitch's Infringement Contentions which identified Bretford's monitor mount products.

7. Bretford has no documents, facilities, warehouses, or places of business in the State of Texas.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of April, 2008
At Franklin Park, Illinois.

_____
Gerald M. Flynn

CH02/ 22519577.1