**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC.<br>And JERRY MOSCOVITCH<br><br>　　　　　Plaintiffs,<br>　　　　　Counter-defendants,<br>　　　　　Cross-claimants<br><br>vs.<br><br>ERGOTRON, INC., DELL INC., DELL MARKETING L.P., and TECH DATA CORPORATION<br><br>　　　　　Defendants,<br>　　　　　Counterclaimants,<br><br>and<br><br>CDW CORPORATION,<br><br>　　　　　Counterclaimant and<br>　　　　　Third-Party Plaintiff<br><br>and<br><br>A.B. DISTRIBUTING, INC., D&H DISTRIBUTING COMPANY, EIZO NANO TECHNOLOGIES INC., INGRAM MICRO INC., INTERNATIONAL AUDIO VISUAL INC., SYNNEX CORPORATION, TECH DATA CORPORATION, CSAV, INC., GLOBAL MARKETING PARTNERS, INC., SEA LAND, INC., PEERLESS INDUSTRIES, INC., DOUBLESIGHT DISPLAYS, LLC, AND BRETFORD MANUFACTURING, INC.<br><br>　　　　　Third-Party Defendants, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §<br><br>JUDGE:  LED<br><br>Civil Action No. 02-06CV-272<br><br>JURY TRIAL DEMANDED |

**DOCKET CONTROL ORDER**

In accordance with the joint motion submitted on March 31, 2008, it is hereby

**ORDERED** that the following schedule of deadlines is in effect until further order of this

Court:

| | |
|---|---|
| **November 10, 2008 (Mon)** | **Jury Trial, 9:00 AM in Marshall, TX** |
| **November 10, 2008 (Mon)** | Exhibits & Exhibit Lists: Each party is requested to provide the Court with an original and two courtesy copies of exhibits and exhibit lists. The Court's preferred format for Exhibit Lists is available on the Court's website at www.txed.uscourts.gov under "Judges' Orders & Information."<br><br>If exhibits are voluminous, provide only specific pages that pertain to the issues on the two courtesy copies. The original exhibits that are agreed upon by the parties should be ready to be tendered to the Clerk of the Court at the beginning of trial. Other exhibits that are admitted during trial should be tendered to the Clerk of the Court immediately after admission.<br><br>The parties are further requested to have all exhibits labeled with the following information on each label:  Designation of Plaintiffs or Defendant's Exhibit Number and Case Number.<br>For example:<br><br>{ **Plaintiff's Exhibit**<br><br>Exhibit No. _____<br>Case No. _____ } { **Defendant's Exhibit**<br><br>Exhibit No. _____<br>Case No. _____ } |
| **November 4, 2008 (Tues)** | Jury Selection – 9:00 a.m. in Marshall, Texas |
| **October 23, 2008 (Thurs)** | Pretrial Conference – 11:00 a.m. in Tyler, Texas |
| **October 21, 2008 (Tues)** | Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments |
| **October 20, 2008 (Mon)** | Motions in Limine due. The parties are directed to confer and advise the Court on or before 3:00 o'clock p.m. the day before the pre-trial conference which paragraphs are agreed to and those that need to be addressed at the pre-trial conference. |
| **October 17, 2008 (Fri)** | Pretrial objections due. |
| **October 3, 2008 (Fri)** | Objections to Rebutttal Deposition Testimony due. |
| **September 26, 2008 (Fri)** | Rebuttal Designations and Objections to Deposition Testimony due. Cross examination line and page numbers to be included. In video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations and the Court's rulings on objections. |
| **September 18, 2008 (Thurs)** | Pretrial Disclosures due.<br>Video and Stenographic Depositions Designation due. Each party who proposes to offer deposition testimony shall file a disclosure identifying the line and page numbers to be offered. |

| September 18, 2008 (Fri) | **Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority and Form of the Verdict for jury trials due.** Proposed Findings of Fact and Conclusions of Law with citation to authority for bench trials. Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings due. If a daily transcript or real time reporting of court proceedings is requested for trial or hearings, the party or parties making said request shall file a notice with the Court and email the Court Reporter , Shea Sloan, at shea_Sloan@txed.uscourts.gov. |
|---|---|
| August 21, 2008 (Mon) | Response to Dispositive Motions (including *Daubert* motions)[1] Responses to dispositive motions filed prior to the dispositive motion deadlines, including *Daubert* motions, shall be due in accordance with Local Rule CV-7(e). |
| July 30, 2008 (Wed) | Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions). Motions for Summary Judgment shall comply with Local Rule CV-56. |
| July 28, 2008 (Fri) | Parties to Identify Rebuttal Trial Witnesses. |
| July 21, 2008 (Mon) | Parties to Identify Trial Witnesses; Amend Pleadings (after *Markman* Hearing). It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the deadline. However, except as provided in Patent Rule 3-6, if the amendment would affect preliminary or final infringement contentions or preliminary or final invalidity contentions, a motion must be made pursuant to Patent Rule 3-7 irrespective of whether the amendment is made prior to this deadline. |
| July 16, 2008 | Close of Expert Discovery. |
| July 16, 2008 (Mon) | Close of Fact Discovery. |
| June 16, 2008 | Designate Rebuttal Expert Witnesses (other than claims construction): Rebuttal expert witness report due; Refer to Discovery Order for required information. |
| Later of January 31, 2008 or 98 days before dispositive motions are due | Comply with P.R. 3-8 – Furnishing documents and privilege logs pertaining to willful infringement. |
| May 16, 2008 | Party with the burden of proof to designate Expert Witnesses other than claims construction; Expert witness report due; Refer to Discovery Order for required information |
| November 29, 2007 (Thurs) | Claim construction hearing 9:00 am, Tyler, Texas |
| November 19, 2007 (Mon) | Parties shall jointly submit a claim construction chart on computer disk in WordPerfect format or in such other format as the Court may direct in accordance with P.R. 4-5(d). |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "[i]n the event a party fails to oppose a motion in the manner prescribed herein, the court will assume that the party has no opposition." Local Rule CV-7(e) provides that a party opposing a motion has **12 days, in addition to any added time permitted under Fed. R. Civ. P. 6(e),** in which to serve and file a response and any supporting documents, after which the court will consider the submitted motion for decision.

| | |
|---|---|
| **November 15, 2007 (Thurs)** | **Parties to file a notice with the Court stating the estimated amount of time requested for the *Markman* Hearing.** The Court will notify the parties if it is unable to accommodate this request.<br><br>**Comply with P.R. 4-5(c)** - Reply brief and supporting evidence due re: response to claim construction. The moving party is to provide the Court with two binders containing their reply brief and exhibits appropriately tabbed. If a technical advisor has been appointed, the moving party is to provide their brief on disk or CD, along with a hard copy, tabbed and bound in notebook format with exhibits, to the advisor. |
| **November 8, 2007 (Thurs)** | **Comply with P.R. 4-5(b)** – Responsive brief and supporting evidence due to party claiming patent infringement. The moving party is to provide the Court with two binders containing their *Markman* brief and exhibits appropriately tabbed. If a technical advisor has been appointed, the moving party is to provide their *Markman* brief on disk or CD, along with a hard copy, tabbed and bound in notebook format with exhibits, to the advisor. |
| **October 25, 2007 (Thurs)** | **Comply with P.R. 4-5(a)** – The party claiming patent infringement shall serve and file an opening brief and any evidence supporting its claim construction. The moving party is to provide the Court with two binders containing their *Markman* brief and exhibits appropriately tabbed. If a technical advisor has been appointed, the moving party is to provide their *Markman* brief on disk or CD, along with a hard copy, tabbed and bound in notebook format with exhibits, to the advisor. |
| **October 18, 2007 (Thurs)** | Deadline for parties, if they desire, to provide Court with tutorials concerning technology involved in patent. If a technical advisor has been appointed, each party that provides a tutorial shall provide a copy to the advisor. |
| **October 11, 2007 (Thurs)** | **Discovery Deadline – Claim Construction Issues.** |
| **September 27, 2007 (Thurs)** | Respond to Amended Pleadings |
| **September 20, 2007 (Thurs)** | Parties to provide name, address, phone number, and curriculum vitae for three (3) agreed technical advisors and information regarding the nominees' availability for *Markman* hearing or a statement that they could not reach an agreement as to any potential technical advisor. |
| **September 13, 2007 (Thurs)** | Amended Pleadings (pre-claim construction) due from all parties. It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the deadline. However, if the amendment would affect preliminary infringement contentions or preliminary invalidity contentions, a motion must be made pursuant to Patent Rule 3-7 irrespective of whether the amendment is made prior to this deadline. |
| **September 10, 2007 (Thurs)** | **Comply with P.R 4-3 – Filing of Joint Claim Construction** |

|  | and Prehearing Statement. |
|---|---|
| **July 27, 2007 (Fri)** | Comply with P.R. 4-2 – Exchange Preliminary Claim Constructions and Extrinsic Evidence for the '170 Patent Only. |
| **June 27, 2007 (Wed)** | Comply with P.R. 4-2 – Exchange of Preliminary Claim Constructions and Extrinsic Evidence for the '978 Patent Only. |
| **June 15, 2007 (Fri)** | Comply with P.R. 4.1 – Parties exchange terms for claim construction regarding the '170 patent only. |
| **June 6, 2007 (Wed)** | Comply with P.R. 3.3 and 3.4 – Supply invalidity contentions regarding the '170 patent only. |
| **May 25, 2007 (Fri)** | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents.)<br><br>Parties agree documents created after the initiation of this lawsuit do not need to be logged on the privilege log, except to the extent that a party may rely on events post-suit as a defense to willfulness, which will be disclosed in a time and manner required by this docket control order and P.R. 3-8. |
| **May 11, 2007** | Comply with P.R. 4-1 – Exchange Proposed Terms and Claim Elements for Construction. |
| **April 2, 2007** | Comply with P.R. 3-3 and P.R. 3-4 – Preliminary Invalidity Contentions due.  Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to Patent Rule 3-7.<br><br>Add any inequitable conduct allegations to pleadings.  It is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings prior to this date.  Thereafter, it is necessary to obtain leave of Court to add inequitable conduct allegations to pleadings. |
| **February 2, 2007 (Fri)** | Comply with P.R. 3-1 and P.R. 3-2 – Disclosure of Asserted Claims and Preliminary Infringement Contentions due.  Thereafter, it is necessary to obtain leave of Court to add and/or amend infringement contentions, pursuant to Patent Rule 3-7.<br><br>Join Additional Parties.  It is not necessary to file a motion to join additional parties prior to this date.  Thereafter, it is necessary to obtain leave of Court to join additional parties.  Add new patents and/or claims for patents-in-suit.  It is not necessary to file a motion to add additional patents or claims prior to this date.  Thereafter, it is necessary to obtain leave of Court to add patents or claims. |
| **December 15, 2006 (Fri)** | **Mediation to be completed.  Richard Grainger, 118 W. Houston Street, Tyler, TX 75702 (903.595.3514)** is appointed as mediator in this cause.  The mediator shall be deemed to have agreed to the terms of Court Ordered Mediation Plan of the United States District Court of the Eastern District of Texas by |

|   | going forth with the mediation in accordance with this Order. General Order 99-2. |
|---|---|
|   |   |

In the event that any of these dates fall on a weekend or Court holiday, the deadline is modified to be the next Court business day.

### OTHER LIMITATIONS

1. All depositions to be read into evidence as part of the parties' case-in-chief shall be **EDITED** so as to exclude all unnecessary, repetitious, and irrelevant testimony; **ONLY** those portions which are relevant to the issues in controversy shall be read into evidence.

2. The Court will refuse to entertain any motion to compel discovery filed after the date of this Order unless the movant advises the Court within the body of the motion that counsel for the parties have first conferred in a good faith attempt to resolve the matter. See Eastern District of Texas Local Rule CV-7(h).

3. The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

    (a) The fact that there are motions for summary judgment or motions to dismiss pending;

    (b) The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this Order or was made as a special provision for the parties in the other case;

    (c) The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

**So ORDERED and SIGNED this 2nd day of April, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**