# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRETFORD MANUFACTURING, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>MASS ENGINEERED DESIGN, INC., and<br>JERRY MOSCOVITCH,<br><br>　　Defendants. | Case No. 08 C 486<br><br>Judge Moran |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

　　The parties, by counsel, and pursuant to Fed.R.Civ.P. 26(c) hereby jointly request that the Court enter their proposed protective order. In support of this motion, the parties state as follows.

　　1.　　This is a patent case involving one plaintiff and two defendants.

　　2.　　Due to the nature of this litigation, the parties recognize that discovery will involve production of confidential information and documents subject to protection under Fed.R.Civ.P.26(c), which if disclosed to third parties would result in injury to one or more of the parties.

　　3.　　The parties have reviewed Fed.R.Civ.P.26(c), L.R. 26.2, and Judge Moran's Case Management Procedures as published on the Court's website, and have negotiated a protective order that is narrowly and carefully tailored to address their mutual concerns relating to the disclosure of confidential information, the ability to conduct appropriate discovery, and the legitimate public interest. A copy of the proposed protective order is attached hereto as Exhibit 1 and has been submitted to the Court in a format compatible with WordPerfect.

WHEREFORE, the Parties request the Court to enter their proposed protective order attached hereto.

Respectfully submitted,

Date: April 21, 2008

      */s/ Richard W. Young*
Richard W. Young (IL Bar No. 6181557)
Richard.Young@dbr.com
David J. Moorhead (IL Bar No. 6280666)
David.Moorhead@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL  60606-1691
(312) 569-1000
(312) 569-3000 (fax)

*Counsel for Plaintiff*
*Bretford Manufacturing, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on **April 21, 2008** a copy of:

- *Bretford's Notice of Agreed Motion for Entry of Protective Order; and,*
- *Bretford's Agreed Motion for Entry of Protective Order*

was served by ECF upon the following counsel of record:

>Sanjay Murthy
>Robert M. Barrett
>Bell Boyd & Lloyd LLP
>70 W. Madison St., Suite 3100
>Chicago, IL 60602
>(312) 372-1121
>(312) 827-8000 (fax)

>　　　　*/s/ Richard W. Young*
>Richard W. Young (IL Bar No. 6181557)
>Richard.Young@dbr.com
>David J. Moorhead (IL Bar No. 6280666)
>David.Moorhead@dbr.com
>DRINKER BIDDLE & REATH LLP
>191 N. Wacker Dr., Suite 3700
>Chicago, IL  60606-1691
>(312) 569-1000
>(312) 569-3000 (fax)
>
>*Counsel for Plaintiff*
>*Bretford Manufacturing, Inc.*

CH01/ 13506174.1