# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRETFORD MANUFACTURING, INC., <br><br>    Plaintiff, <br><br> v. <br><br> MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, <br><br>    Defendants. | Case No. 08 C 486 <br><br> Judge Moran |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that Bretford Manufacturing, Inc. will present its Agreed Motion for the Entry of Protective Order on Wednesday, April 23, 2008, at 9:15 a.m. before the Hon. James B. Moran, or any judge sitting in his stead, in Courtroom 1843, U.S. District Court, 219 S. Dearborn St., Chicago, Illinois 60604.

Date: April 21, 2008

       */s/ Richard W. Young*
Richard W. Young (IL Bar No. 6181557)
Richard.Young@dbr.com
David J. Moorhead (IL Bar No. 6280666)
David.Moorhead@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL  60606-1691
(312) 569-1000
(312) 569-3000 (fax)

*Counsel for Plaintiff*
*Bretford Manufacturing, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on **April 21, 2008** a copy of:

- *Bretford's Notice of Agreed Motion for Entry of Protective Order; and,*
- *Bretford's Agreed Motion for Entry of Protective Order*

was served by ECF upon the following counsel of record:

>Sanjay Murthy
>Robert M. Barrett
>Bell Boyd & Lloyd LLP
>70 W. Madison St., Suite 3100
>Chicago, IL 60602
>(312) 372-1121
>(312) 827-8000 (fax)

>_/s/ Richard W. Young_
>Richard W. Young (IL Bar No. 6181557)
>Richard.Young@dbr.com
>David J. Moorhead (IL Bar No. 6280666)
>David.Moorhead@dbr.com
>DRINKER BIDDLE & REATH LLP
>191 N. Wacker Dr., Suite 3700
>Chicago, IL  60606-1691
>(312) 569-1000
>(312) 569-3000 (fax)
>
>*Counsel for Plaintiff*
>*Bretford Manufacturing, Inc.*

CH01/ 13506174.1