IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRETFORD MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH, <br><br> Defendants. | Case No. 08 C 486 <br><br> Judge Moran |

## JOINT RULE 26(f) REPORT

The counsel identified below participated in a conference as required by Fed. R. Civ. P. 26(f) by telephone on April 3, 2008, and prepared the following report summarizing the conference.

The pretrial conference in this matter is scheduled for April 23, 2008, before Judge Moran at 9:15 a.m.

### Nature and Basis of Claims

Bretford asserts that MASS' patent is invalid and not infringed by Bretford's products.

MASS and Jerry Moscovitch have not answered, and therefore, do not have any claims or defenses in this case at the present time.

### Settlement Possibilities

Bretford indicated that it is willing to consider MASS' proposals.

The defendants indicated that they will consider whether settlement is possible.

All parties acknowledge that past settlement discussions were not productive.

1

### Timing of Initial Disclosures

Bretford suggested that the parties adhere to Fed. R. Civ. P. 26(a)(1)(C) and exchange initial disclosures by April 17, 2008, 14 days after the parties' Rule 26(f) conference.

Because Defendants have not filed an answer, they currently do not have any "claims or defenses" in this case. In the event the Court denies Defendants' motion to dismiss or transfer this case, they will timely answer the Complaint and assert claims and defenses at that time. Accordingly, Defendants are prepared to serve their initial disclosures 10 days after the Court's order. In the interim, Defendants have agreed to provide Bretford with the initial disclosures that were submitted in the Texas Action.[1]

### Discovery Preservation Issues

Neither party anticipates any issue with regard to the preservation of discovery materials.

### Discovery Plan

(A)   Changes in Timing, Form, or Requirements of Rule 26(a) Disclosures.

Bretford proposed that no changes be made and that the parities' initial disclosures be served by April 17, 2008, 14 days after this conference.

The defendants proposed that no changes be made to the form or requirements of the initial disclosures, except that the time for initial disclosures be modified as discussed above.

(B)   Subjects on Which Fact Discovery May Be Needed.

Bretford indicated that discovery will be required regarding defendants' rights under and to U.S. Patent No. RE 36,978 and U.S. Patent No. 5,687,939 and the validity, enforceability, and infringement of U.S. Patent No. RE 36,978 and U.S. Patent No. 5,687,939.

---

[1]   The "Texas Action" refers to the lawsuit filed by MASS and Moscovitch against Ergotron, Dell, Tech Data, and CDW in 2006 currently pending in the U.S. District Court for the Eastern District of Texas, Civil Action No. 2:06-CV-272.

2

        The defendants indicated that they will need discovery on Bretford's claims.

(C)      Issues Regarding the Disclosure or Discovery of Electronically Stored Information.

        The parties agreed to produce materials in TIFF format and that materials may be requested in their native format upon a showing of information needed or expected to be discovery for each such request.

(D)      Issues Regarding the Claims of Privilege.

        The parties agree to produce a privilege log within four (4) weeks of production of documents.

        Bretford proposed that withheld documents created on or after January 22, 2008, the date of filing of this action, not be scheduled on the privilege log.

        The defendants proposed that withheld documents created on or after July 7, 2006, the date of filing of the Texas Action, not be scheduled on the privilege log.

        Bretford has proposed a compromise under which withheld documents created on or after July 7, 2006 would not be scheduled on the privilege log provided that the defendants agree to schedule any document created prior to January 22, 2008 that discusses or relates to Bretford or its products.

        The defendants maintain their original position.

(E)      Changes to Discovery Plan

        The parties agree that no modifications should be made to the discovery procedures and requirements set forth in the Federal Rules of Civil Procedure

(F)      Other Orders

        The parties agree that a protective order will be necessary and have presented an agreed protective order to the Court.

**Schedule for the Case**

The parties conferred regarding the schedule for the case. The first chart below reflects Bretford's proposed schedule. The second chart reflects the defendants' proposed schedule.

Bretford's Proposed Schedule

| Event | Date |
|---|---|
| Plaintiff's Response to Motion to Dismiss Due | April 14, 2008 |
| Deadline for Rule 26(a) Disclosures | April 17, 2008 |
| Defendants' Reply in Support of Motion to Dismiss Due | April 21, 2008 |
| Rule 16 Conference | April 23, 2008 |
| Disclosure of Asserted Claims and Infringement Contentions | May 2, 2008 |
| Disclosure of Invalidity Contentions | June 6, 2008 |
| Exchange of Contested Terms | June 6, 2008 |
| Simultaneous Opening Markman briefs | July 2, 2008 |
| Simultaneous Responsive Markman briefs | July 25, 2008 |
| Markman Hearing | August 2008 |
| Amended Infringement Contentions | 14 days after *Markman* ruling |
| Amended Invalidity Contentions | 28 days after *Markman* ruling |
| Close of Fact Discovery | September 12, 2008 |
| Principal Expert Reports Due | October 13, 2008 |
| Rebuttal Expert Reports Due | November 13, 2008 |
| Close of Expert Discovery | December 19, 2008 |
| Deadline for Dispositive Motions | January 30, 2009 |

4

Defendants' Proposed Schedule

| Event | Date |
| --- | --- |
| Plaintiff's Response to Motion to Dismiss | April 14, 2008 |
| Deadline for Rule 26(a) Disclosures | Defendants – 10 days after Court denies defendants' motion to dismiss/transfer |
| Defendants' Reply In Support of Their Motion to Dismiss | April 21, 2008 |
| Rule 16 Conference | April 23, 2008 |
| Disclosure of Asserted Claims and Infringement Contentions | Defendants – 4 weeks following Defendants filing an Answer in this action asserting infringement |
| Disclosure of Invalidity Contentions | June 6, 2008 |
| Document Discovery Substantially Completed | August 1, 2008 |
| **PRE-TRIAL, TRIAL AND POST-TRIAL EVENTS IN THE TEXAS ACTION** | **September 18, 2008 – December 10, 2008** |
| Fact Depositions may begin | December 15, 2008 |
| Meet and Confer regarding claims to be construed | January 14, 2009 |
| Parties exchange opening *Markman* Briefs | February 4, 2009 |
| Parties Exchange responsive *Markman* Briefs | February 25, 2009 |
| *Markman* Hearing | To be scheduled by the Court |
| Close of Fact Discovery | May 4, 2009 |
| Service of Affirmative expert reports on behalf of the party with the burden of proof on claim or defense | June 1, 2009 |
| Service of Rebuttal expert reports | June 22, 2009 |
| Close of Expert Discovery | July 20, 2009 |
| Deadline for Dispositive Motions | September 1, 2009 |

| **BRETFORD MANUFACTURING, INC.** | **MASS ENGINEERED DESIGN, INC. and, JERRY MOSCOVITCH** |
| --- | --- |
|    */s/ Richard W. Young* |    */s/ Sanjay K. Murthy with permission* |
| Richard W. Young (IL Bar No. 6181557) | Robert M. Barrett |
| Richard.Young@dbr.com | rbarrett@bellboyd.com |
| David J. Moorhead (IL Bar No.6280666) | Sanjay K. Murthy |
| David.Moorhead@dbr.com | smurthy@bellboyd.com |
| DRINKER BIDDLE & REATH LLP | BELL BOYD & LLOYD LLP |
| 191 N. Wacker Dr., Suite 3700 | 70 West Madison St., Suite 3100 |
| Chicago, IL  60606-1691 | Chicago, IL  60602 |
| (312) 569-1000 | (312) 372-1121 |
| (312) 569-3000 | (312) 827-8000 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on **April 22, 2008** a copy of:

- *Joint Rule 26(f) Report*

was served by ECF upon the following counsel of record:

>Sanjay Murthy
>Robert M. Barrett
>Bell Boyd & Lloyd LLP
>70 W. Madison St., Suite 3100
>Chicago, IL 60602
>(312) 372-1121
>(312) 827-8000 (fax)

>           */s/ Richard W. Young*
>Richard W. Young (IL Bar No. 6181557)
>Richard.Young@dbr.com
>David J. Moorhead (IL Bar No. 6280666)
>David.Moorhead@dbr.com
>DRINKER BIDDLE & REATH LLP
>191 N. Wacker Dr., Suite 3700
>Chicago, IL  60606-1691
>(312) 569-1000
>(312) 569-3000 (fax)
>
>*Counsel for Plaintiff*
>*Bretford Manufacturing, Inc.*

CH02/ 22517133.6