Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 486 | **DATE** | 4/23/2008 |
| **CASE TITLE** | BRETFORD MANUFACTURING, INC. Vs. MASS ENGINEERED DESIGN, INC., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties agreed motion for entry of Protective Order [33] is granted. Enter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05



| | Courtroom Deputy Initials: | LG |
|---|---|---|