# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 486 | **DATE** | 5/13/2008 |
| **CASE TITLE** | BRETFORD MANUFACTURING, INC. Vs. MASS ENGINEERED DESIGN, INC., et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Defendants motions to dismiss for lack of jurisdiction and violation of the first-to-file rule or alternatively to transfer [20] [27] is granted in part and denied in part. We deny the motions to dismiss and grant the motion to transfer. Case is transferred to the United States District Court For The Eastern District of Texas, Marshall Division..

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | LG |
|---|---|---|